Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EK FOOD SERVICES, INC. dba MARUFUKU RAMEN; JONATHAN C. MOON;<br><br>　　　　Defendants. | No. 4:18-cv-03585-KAW<br><br>**STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56 AND RELATED DATE; [PROPOSED] ORDER** |

**WHEREAS,** on June 18, 2018, the Court issued a Scheduling Order for Cases Asserting Denial of Right of Access under the Americans with Disabilities Act (Dkt. 4) ("the Scheduling Order");

**WHEREAS,** Plaintiff Albert Dytch ("Plaintiff") and Defendants, EK Food Services, Inc. dba Marufuku Ramen; and Jonathan C. Moon ("Defendants," and together with Plaintiff, "the Parties") conducted the joint site inspection required by General Order 56 and this Court's Scheduling Order, on September 25, 2018.

1  **WHEREAS,** the Scheduling Order required that the Parties, and their counsel, to meet and confer in person no later than 28 days after the joint site inspection, here, October 23, 2018;

**WHEREAS,** the Defendants require additional time to review findings from the joint site inspection, and such information is necessary for the parties to discuss barrier removal. Nevertheless, the parties will work together preliminarily to resolve any questions or disputes. After such preliminary discussions have completed, the parties agree that the meet and confer may proceed with maximum productivity and likelihood of settlement of Plaintiff's claims for injunctive relief.

**NOW, THEREFORE,** it is hereby stipulated by and between the Parties, through their respective counsel, that the meet and confer required under General Order 56 and this Court's Scheduling Order take place on November 16, 2018 at 11:30 a.m. The Parties accordingly request an extension of the deadline to complete the meet and confer to November 16, 2018.

**IT IS FURTHER STIPULATED** that if a settlement of the matter is not reached at the meet and confer, that Plaintiff shall file a Notice of Need for Mediation within 14 days of the meet and confer.

**IT IS SO STIPULATED.**

Dated: October 23, 2018            MISSION LAW FIRM, A.P.C.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Albert Dytch

Dated: October 23, 2018            BOWIE & SCHAFFER

                                   */s/ Eric C. Schaffer*
                                   David J. Bowie
                                   Eric C. Schaffer
                                   Attorneys for Defendant,
                                   EK Food Services, Inc. dba Marufuku Ramen

STIPULATION TO CONTINUE LAST DATE TO MEET AND CONFER UNDER GENERAL ORDER 56 AND RELATED DATE; [PROPOSED] ORDER

Dated: October 23, 2018    SOYEUN D. CHOI, ESQ., PC

_/s/ Soyeun D. Choi_
Soyeun D. Choi
Attorney for Defendant,
Jonathan C. Moon

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

_/s/ Tanya E. Moore_
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch

## **ORDER**

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the in person meet and confer required by this Court's Scheduling Order and General Order 56 shall take place no later than November 16, 2018.

**IT IS FURTHER ORDERED** that if the parties are unable to reach a settlement of this matter at the in person meet and confer, Plaintiff shall file a Notice of Need for Mediation within 14 days of the meet and confer.

**IT IS SO ORDERED**.

Dated: 10/24/18    _Kandis Westmore_
United States Magistrate Judge